IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiff

vs.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW

Defendant

Case Number

1:26-cv-07982

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

STATE OF NEW YORK, ET AL.,

Plaintiff

vs.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Defendant

Case Number

1:26-cv-07978

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The related case was recently filed and remains pending. No substantive rulings have been issued.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to State of New York, et al. v. U.S. Department of Homeland Security, et al., No.1:26-cv-07978, because both cases challenge the same Department of Homeland Security Final Rule concerning the public charge ground of inadmissibility and the related Policy Alert. Both actions involve substantially overlapping legal and factual issues concerning the public charge ground of inadmissibility under Section 212(a)(4) of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(4), and challenges to the Department of Homeland Security's actions under the Administrative Procedure Act.

Signature: /s/ Hope Y. Lu Date: 09/14/2026

Firm: New York City Law Department
100 Church Street, 3rd Floor
New York, NY 10007