AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

City of New York et al.
*Plaintiff*
v.
United States Department of Homeland Security, et al.
*Defendant*

Case No. 1:26-cv-07982

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of New York .

Date: 09/14/2026

/s/ Hope Y. Lu
*Attorney's signature*

Hope Lu (NY Bar No. 5606934)
*Printed name and bar number*

New York City Law Department
100 Church Street
New York NY 10007
*Address*

hlu@law.nyc.gov
*E-mail address*

(212) 356-1642
*Telephone number*

(212) 356-2034
*FAX number*