**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services,*<br><br>Defendants. | Case No. 1-26-cv-07982<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine Hubbard hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs City of Chicago and City of Seattle in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 15, 2026

Respectfully submitted,

/s/ Katherine Hubbard
Katherine Hubbard
Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
katherine.hubbard@publicrightsproject.org
(510) 738-6788