**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF HOMELAND SECURITY; MARYWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security;* UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services,*<br><br>Defendants. | Case No. 1:26-cv-07982<br><br>AFFIDAVIT OF KATHERINE HUBBARD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine Hubbard, affirm that:

1. I have never been convicted of a felony;
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;
3. There are no disciplinary proceedings presently against me;
4. I am a member in good standing of the bars of the District of Columbia and California, and I have attached a Certificate of Good Standing from such courts.

Scanned with CamScanner

Dated: Washington, DC
September 15, 2026

Respectfully submitted,

Katherine Hubbard
Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
katherine.hubbard@publicrightsproject.org
(510) 738-6788

*Attorney for Plaintiffs City of Chicago and City of Seattle*

**NOTARY ACKNOWLEDGMENT**

District of Columbia

Subscribed and sworn to (or affirmed) before me this 15 day of September, 2026, by Katherine Hubbard, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public
My Commission Expires: 08/14/2027

[NOTARY SEAL]

SHEILA MCDOWELL NOTARY PUBLIC DISTRICT OF COLUMBIA Exp. 08/14/27

Scanned with CamScanner