**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services,*<br><br>Defendants. | ) | Case No. 1-26-cv-07982<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of Katherine Hubbard, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of California; and that her contact information is as follows:

Applicant's Name: Katherine Hubbard

Firm Name: Public Rights Project

Address: 490 43rd Street, Unit 115

City/State/Zip: Oakland, CA 94609

Telephone: (510) 738-6788

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the City of Chicago and the City of Seattle in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ______________ ____________________________________

United States District / Magistrate Judge