# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***KATHERINE CLAIRE HUBBARD***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that KATHERINE CLAIRE HUBBARD, #302729, was on the 13th day of March 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 3rd day of September 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:____________________
*LaNae Brooks, Senior Deputy Clerk*

Scanned with CamScanner