**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-7982

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Raphael N. Rajendra, hereby move this Court for an order for admission to practice *pro hac vice*, to appear as counsel for Plaintiff County of Santa Clara in the above-captioned action.

I am in good standing with the bars of the State of California, the District of Columbia (inactive), and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been

//

//

//

censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 16, 2026

Respectfully submitted,

/s/ Raphael N. Rajendra

Raphael N. Rajendra
Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, California 95110
Tel.: (408) 299-5900
raphael.rajendra@cco.sccgov.org