UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATE DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**AFFIDAVIT SUPPORTING ADMISSION PRO HAC VICE**

I Cristy J. Craig, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceeding against me.
4. I am a member in good standing of the bar of the State of Washington.

Dated: September 16 2026

Respectfully submitted,

Signed by:
Cristy Craig
D3C30FF8DA3B47A...

Cristy J. Craig, WSBA #27451
King County Prosecuting Attorney's Office
701 5th Ave, Ste 600
Seattle, WA 98104
Cristy.craig@kingcounty.gov
Counsel for King County

**NOTARY ACKNOWLEDGMENT**

State of Washington
County of King

Subscribed and sworn to me on September 16, 2026

JESSICA SCALF
NOTARY PUBLIC
STATE OF WASHINGTON
Commission #139597
My Comm. Expires 8/15/2029

DocuSigned by:
Jessica Scalf
F2757189 21B0452...

Notary Public

My Commission Expires: 08/15/2029