# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION<br>
OF<br>
CRISTY J. CRAIG<br>
TO PRACTICE IN THE COURTS OF THIS STATE

BAR NO. 27451

**CERTIFICATE**<br>
**OF**<br>
**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**CRISTY J. CRAIG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 21, 1997, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

SEAL OF THE SUPREME COURT • STATE OF WASHINGTON •

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 26th day of August, 2026.

Sarah R. Pendleton<br>
Supreme Court Clerk<br>
Washington State Supreme Court