**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO.
1:26-CV-07982

**DECLARATION OF SERVICE OF PROCESS ON DEFENDANTS**

I hereby declare as follows:

1. I am over eighteen years old and am not a party to this litigation.

2. I received summonses directed to Defendants U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Markwayne Mullin, in his official capacity as Secretary of DHS, and Joseph B. Edlow, in his official capacity as Director of USCIS (Dkt. Nos. 15-18).

3. On September 17, 2026, Defendants agreed to accept service by email.

4. On September 17, 2026, my Office also personally served the United States Attorney's Office for the Southern District of New York. *See* attached Exhibit A.

5. On September 17, 2026, I also caused copies of the summonses described in paragraph 2 above, along with copies of the Complaint and exhibit to the Complaint (Dkt. Nos. 21, 21-1), Civil Cover Sheet (Dkt. No. 2), and Related Case Statement (Dkt. No. 3) (collectively, "Filings"), to be sent via certified mail to the Defendants as follows:

| **Filings Directed To:** | **Filings Mailed To:** |
|---|---|
| United States Department of Homeland Security | Office of the General Counsel<br>MS 0485<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525 |
| U.S. Citizenship and Immigration Services | U.S. Citizenship and Immigration Services<br>Office of the Chief Counsel<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009 |
| Secretary of DHS Markwayne Mullin | Secretary Markwayne Mullin<br>United States Department of Homeland Security<br>Office of the Executive Secretary<br>MS 0525<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525 |
| Director of USCIS Joseph B. Edlow | Director Joseph B. Edlow<br>U.S. Citizenship and Immigration Services<br>Office of the Chief Counsel |
| Attorney General Todd Blanche | Attorney General Todd Blanche<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 |

I declare under penalty of perjury that the foregoing is true and correct.

9/17/2026
Date

/s/ Hope Y. Lu
Hope Y. Lu