# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-CV-07982-UA

**DECLARATION OF IN-PERSON SERVICE ON THE UNITED STATES ATTORNEY'S OFFICE**

I hereby declare as follows:

1. I am over eighteen years old and am not a party to this litigation.

2. I received summonses directed to Defendants U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Markwayne Mullin, in his official capacity as Secretary of DHS, and Joseph B. Edlow, in his official capacity as Director of USCIS (Dkt. Nos. 15-18).

3. On September 17, 2026, I hand delivered copies of the summonses described in the preceding paragraph, the Complaint and exhibit to the Complaint in this action (Dkt. Nos. 21, 21-

1), Civil Cover Sheet (Dkt. No. 2), and Related Case Statement (Dkt. No. 3) to the United States Attorney's Office for the Southern District of New York, Civil Process Clerk, at 86 Chambers Street, 3rd Floor, New York, NY 10007.

4. The foregoing documents were left with an individual authorized to accept service of process on behalf of the United States Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

Sept. 17, 2026

Date

Eli H. Jacobson

Eli H. Jacobson

MELANIE ASH
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
02AS0016795
MY COMMISSION EXPIRES 11/22/2027