**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-7982

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion of Leily Arzy for admission to practice *pro hac vice* in the above-captioned action is hereby granted.

Ms. Arzy has certified that she is a member in good standing of the bar of California, and that her contact information is as follows:

Leily Arzy
Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, California 95110
Tel.: (408) 299-5900
leily.arzy@cco.sccgov.org

Applicant having requested admission *pro hac vice* for all purposes as counsel for Plaintiff County of Santa Clara in the above-captioned action,

**IT IS HEREBY ORDERED** that Ms. Arzy is admitted to practice *pro hac vice* in this case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated: ____________________ ____________________________________

United States District/Magistrate Judge