**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-7982

**AFFIDAVIT OF MEREDITH A. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Meredith A. Johnson, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice *pro hac vice* to appear as counsel for Plaintiff County of Santa Clara in the above-captioned action.

3. As shown in the certificate of good standing attached to this filing, I am a member in good standing of the bar of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. I am not currently subject to any disciplinary proceedings against me.

Dated: September 21, 2026

Respectfully submitted,

Meredith A. Johnson

Meredith A. Johnson
Lead Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, California 95110
Tel.: (408) 299-5900
meredith.johnson@cco.sccgov.org

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 21st day of September, 2026, by Meredith A. Johnson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JAMES LEMUS
Notary Public - California
Santa Clara County
Commission # 2457122
My Comm. Expires Aug 1, 2027

(Seal) Signature