**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,<br>Defendants. | Civil Action No. 1:26-cv-07982 |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sara J. Eisenberg, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of New York and California, and that her contact information is as follows:

Sara J. Eisenberg

San Francisco City Attorney's Office

1390 Market Street, 7th Floor

San Francisco, CA 94102

Tel: (415) 554-3874; Fax: (415) 437-4644

Email: sara.eisenberg@sfcityatty.org

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the City and County of San Francisco in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: ____________________ ______________________________________
United States District / Magistrate