**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. ELDOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Natasha Radha Khanna, request admission, ***pro hac vice***, before the Court in the United States District Court of the Southern District of New York to represent the City of Seattle, a plaintiff in the above-referenced case and hereby swear to the following:

Has the applicant ever been:

- **Censured, suspended, disbarred, or otherwise disciplined by any court?** ☐ **Yes** ☒ **No**
- **Or is the applicant currently the subject of an investigation of the applicant's professional conduct?** ☐ **Yes** ☒ **No**
- **Transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** ☐ **Yes** ☒ **No**
- **Denied admission to the bar of any court?** ☐ **Yes** ☒ **No**
- **Held in contempt of court?** ☐ **Yes** ☒ **No**

***I certify that I am a member in good standing*** of the bar in the State of Washington, as well as, the bar of the U.S. District Court for the Western District of Washington and the bar of of the U.S. District Court for the Eastern District of Washington.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/29/2026 Signature: */s/ Natasha Khanna*

*Mailing Address*:
Seattle Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
*E-mail address*: Natasha.Khanna@seattle.gov