**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. ELDOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Natasha Radha Khanna, hereby swear and attest that all information on my Motion for Pro Hac Vice is true and accurate:

***I certify that I am a member in good standing*** of the bar in the State of Washington, as well as, the bar of the U.S. District Court for the Western District of Washington and the bar of the U.S. District Court for the Eastern District of Washington.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/23/26 Signature: Natasha Khanna

LAURA SANABRIA COMMISSION EXPIRES 1/11/2028 NOTARY PUBLIC Commission Number 20102610 STATE OF WASHINGTON

(SEAL)

*Mailing Address:*
Seattle Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
*E-mail address*: Natasha.Khanna@seattle.gov

For witnessing or attesting a signature: State of Washington. County of King. Signed or attested before me on 9/23/26 (date) by Natasha Khanna

Name of Notary: Laura Sanabria My Commission Expires: 1/11/2028