**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. ELDOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Natasha Radha Khanna, to be admitted, ***pro hac vice***, to represent City of Seattle, (the "Client") a plaintiff in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington, it is hereby

**ORDERED**, that Natasha Radha Khanna, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: ____________

__________________, New York

/s/ ____________________________________

UNITED STATES DISTRICT JUDGE