**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,

Defendants.

Civil Action No. 1:26-cv-07982

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Yvonne R. Meré, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel in the above captioned action.

I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: September 29, 2026

Respectfully Submitted,

*/s/ Yvonne R. Meré*

Yvonne R. Meré
San Francisco City Attorney's Office
City Hall
1 Dr. Carlton B. Goodlett Pl. Room 234
San Francisco, CA 94102
Tel: (415) 554-4708; Fax: (415) 554-4715
Email: yvonne.mere@sfcityatty.org