**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,<br>Defendants. | Civil Action No. 1:26-cv-07982 |

**DECLARATION OF YVONNE R. MERÉ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Yvonne R. Meré, declare and state the following:

1. I am Chief Deputy City Attorney with the San Francisco City Attorney's Office, and an attorney of record for the Party City and County of San Francisco in the action. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. I am a member in good standing of the bar of the state of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on September 29, 2026.

YVONNE R. MERE