Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***YVONNE ROSIL MERE***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that YVONNE ROSIL MERE, # 173594, was on the 12th day of December 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of September 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:______________________________
*Biying Jia, Deputy Clerk*