**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-CV-07982-RA

**DECLARATION OF SERVICE BY EMAIL ON THE UNITED STATES ATTORNEY'S OFFICE**

I hereby declare as follows:

1. I am over eighteen years old and an attorney for Plaintiffs in this action.

2. On September 25, 2026, I emailed a copy of the Court's Order and Notice of Initial Conference dated September 24, 2026 (ECF No. 31) to the Chief of the Civil Division at the United States Attorney's Office for the Southern District of New York. In that email, I asked whether Defendants would agree to accept service by email.

3. On September 28, 2026, the Chief of the Civil Division of the United States Attorney's Office for the Southern District of New York agreed on behalf of Defendants to accept service by email of the Court's Order and Notice of Initial Conference (ECF No. 31).

I declare under penalty of perjury that the foregoing is true and correct.

September 30, 2026________ /s/ Hope Y. Lu
Date Hope Y. Lu