AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| City of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-7982 |
| U.S. Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 10/01/2026

/s/ Christian Dibblee
*Attorney's signature*

Christian Dibblee (D.C. No. 90002557)
*Printed name and bar number*

1100 L Street NW
Washington, DC 20005

*Address*

christian.r.dibblee@usdoj.gov
*E-mail address*

(202) 353-5980
*Telephone number*

(202) 616-8640
*FAX number*