# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR NO. 47518 |
| OF | **CERTIFICATE** |
| CHRISTOPHER MICHAEL SANDERS | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER MICHAEL SANDERS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 10, 2014, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.




IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 26th day of August, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court