**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATE DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, Christopher Sanders hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Martin Luther King, Jr. County in the above captioned action.

I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 21, 2026

Respectfully submitted,

GIRMAY ZAHILAY
King County Executive

/s/ Christopher Sanders
Christopher Sanders, WSBA #47518
chrsanders@kingcounty.gov
401 5th Ave, Ste 800
Seattle, WA 98104
Attorneys for King County