**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,

Plaintiffs,

v.

UNITED STATE DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982

**AFFIDAVIT SUPPORTING ADMISSION PRO HAC VICE**

I, Christopher Sanders, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceeding against me.
4. I am a member in good standing of the bar of the State of Washington.

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I, Christopher Sanders, do solemnly swear that I will support the Constitution of the United States and the laws and the Constitution of the State of Washington and that I will faithfully and impartially fulfill the office of Special Deputy Prosecuting Attorney for the express purposes stated above to the best of my ability.

[signature]
Christopher Sanders

SUBSCRIBED AND SWORN to me before this 16th day of September, 2026.

Keiley Ramseur
Printed Name

[signature]
NOTARY PUBLIC in and for the State of Washington.
My commission expires 3/29/29