**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING, JR. COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-07982<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Christopher Sanders, for admission Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Washington, and that his contact information is as follows:

Applicant's Name: Christopher Sanders
Agency Name: Office of the King County Executive
Address: 401 5th Ave, Ste 800, Seattle, WA 98104
Telephone: (206) 296-9272

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Martin Luther King, Jr. County in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vic in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _______________

_______________________________________
UNITED STATE DISTRICT MAGISTRATE/JUDGE