UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-7978 |
| CITY OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-7982 |
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-8129 |

**NOTICE OF SERVICE OF ADMINISTRATIVE RECORD**

Defendants in the above-captioned cases provide notice that, in accordance with this Court's prior case-management orders, they have today electronically served all plaintiffs with the administrative records underlying the Final Rule and USCIS Guidance being challenged. For avoidance of doubt, Defendants do not concede that the challenged Guidance is final agency action, and their production of an administrative record for that Guidance should not be construed as a concession of that argument. Defendants otherwise reserve all rights and arguments.

Attached hereto are two declarations certifying the completeness of the administrative records in these cases, along with an index of materials included in each record.

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General
Civil Division

ANREW I. WARDEN
Assistant Branch Director
Civil Division, Federal Programs Branch

JEREMY S. NEWMAN
Chief Litigation Counsel
Civil Division, Federal Programs Branch

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*