# ADMINISTRATIVE RECORD INDEX

| Title | Date | Bates Range |
|---|---|---|
| **Record Materials for Final Rule** | | |
| Public Charge Ground of Inadmissibility, NPRM, 90 Fed. Reg, 52168 | Nov. 19,. 2025 | PUBCHRG-0000001-PUBCHRG-0000057 |
| Public Charge Ground of Inadmissibility, NPRM, Econ Supplemental Information, DHS Docket No. USCIS-USCIS-2025-0304 | Nov. 19, 2025 | PUBCHRG-0000058-PUBCHRG-0000064 |
| Public Charge Ground of Inadmissibility, Final Rule, 91 FR 45324 | July 20, 2026 | PUBCHRG-0000065-PUBCHRG-0000218 |
| Public Charge Ground of Inadmissibility, Final Rule, Econ Supplemental Information, DHS Docket No. USCIS-2025-0304 | July 20, 2026 | PUBCHRG-0000219-PUBCHRG-0000226 |
| 89 Fed. Reg. 39392 | May 8, 2024 | PUBCHRG-0000227-PUBCHRG-0000272 |
| 90 Fed. Reg. 27074 | June 25, 2025 | PUBCHRG-0000273-PUBCHRG-0000423 |
| 90 Fed. Reg. 30896 | July 11, 2025 | PUBCHRG-0000424-PUBCHRG-0000429 |
| 90 Fed. Reg. 32023 | July 16, 2025 | PUBCHRG-0000430-PUBCHRG-0000433 |
| 84 Fed. Reg. 57142 | Oct. 24, 2019 | PUBCHRG-0000434-PUBCHRG-0000435 |
| 65 Fed. Reg. 53523 | Sept. 5, 2000 | PUBCHRG-0000436-PUBCHRG-0000441 |
| 65 Fed. Reg. 70134 | Nov. 21, 2000 | PUBCHRG-0000442-PUBCHRG-0000520 |
| 63 Fed. Reg. 41658 | Aug. 4, 1998 | PUBCHRG-0000521-PUBCHRG-0000524 |
| 90 Fed. Reg. 31232 | July 14, 2025 | PUBCHRG-0000525-PUBCHRG-0000532 |
| 91 Fed. Reg. 30538 | May 26, 2026 | PUBCHRG-0000533-PUBCHRG-0000552 |
| 91 Fed. Reg. 8151 | Feb. 20, 2026 | PUBCHRG-0000553-PUBCHRG-0000572 |
| 29 Fed. Reg. 10579 | July 30, 1964 | PUBCHRG-0000573-PUBCHRG-0000582 |
| 31 Fed. Reg. 11713 | Sept. 7, 1966 | PUBCHRG-0000583-PUBCHRG-0000590 |

| Title | Date | Bates Range |
|---|---|---|
| 62 Fed. Reg. 61344 | Nov. 17, 1997 | PUBCHRG-0000591-PUBCHRG-0000663 |
| 64 Fed. Reg. 28676 | May 26, 1999 | PUBCHRG-0000664-PUBCHRG-0000676 |
| 66 Fed. Reg. 3613 | Jan. 16, 2001 | PUBCHRG-0000677-PUBCHRG-0000686 |
| 89 Fed. Reg. 28608 | Apr. 19, 2024 | PUBCHRG-0000677-PUBCHRG-0000686 |
| 54 Fed. Reg. 29442 | July 12, 1989 | PUBCHRG-0000677-PUBCHRG-0000686 |
| 61 Fed. Reg. 56133 | Oct. 31, 1996 | PUBCHRG-0000718-PUBCHRG-0000719 |
| 64 Fed. Reg. 28689 | May 26, 1999 | PUBCHRG-0000720-PUBCHRG-0000724 |
| 83 Fed. Reg. 51114 | Oct. 10, 2018 | PUBCHRG-0000725-PUBCHRG-0000907 |
| 84 Fed. Reg. 41292 | Aug. 14 2019 | PUBCHRG-0000908-PUBCHRG-0001124 |
| 84 Fed. Reg. 52357 | Oct. 2, 2019 | PUBCHRG-0001125-PUBCHRG-0001131 |
| 86 Fed. Reg. 14221 | Mar. 15, 2021 | PUBCHRG-0001132-PUBCHRG-0001140 |
| 86 Fed. Reg. 47025 | Aug. 23, 2021 | PUBCHRG-0001141-PUBCHRG-0001148 |
| 87 Fed. Reg. 10570 | Feb. 24, 2022 | PUBCHRG-0001149-PUBCHRG-0001250 |
| 87 Fed. Reg. 55472 | Sept. 9, 2022 | PUBCHRG-0001251-PUBCHRG-0001418 |
| 87 Fed. Reg. 74429 | Dec. 5, 2022 | PUBCHRG-0001419-PUBCHRG-0001422 |
| 90 Fed. Reg. 10581 | Feb. 19, 2025 | PUBCHRG-0001423-PUBCHRG-0001424 |
| 90 Fed. Reg. 52168 | Nov. 19, 2025 | PUBCHRG-0001425-PUBCHRG-0001481 |
| Inadmissibility on Public Charge Grounds, 2019 Final Rule, Econ Reg Impact Analysis, 84 Fed. Reg. 41292, 41493 | Aug. 14, 2019 | PUBCHRG-0001482-PUBCHRG-0001601 |
| 90 Fed. Reg. 30621 | July 10, 2025 | PUBCHRG-0001602-PUBCHRG-0001605 |
| 61 Fed. Reg. 4729 | Feb. 7, 1996 | PUBCHRG-0001606-PUBCHRG-0001611 |
| U.S. Department of Labor, Annual Report of the Commissioner General of Immigration, pgs. 9-10 | June 30, 1920 | PUBCHRG-0001612-PUBCHRG-0001613 |

| Title | Date | Bates Range |
|---|---|---|
| DHS, Instruction Manual 023-01-001-01, Revision 01, Implementation of the National Environmental Policy Act (NEPA) | Nov. 6, 2014 | PUBCHRG-0001614- PUBCHRG-0001704 |
| DHS Secretary Statement on the 2019 Public Charge Rule | Mar. 9, 2021 | PUBCHRG-0001705- PUBCHRG-0001706 |
| Memo No. 2008-01, The Fair Information Practice Principles: Framework for Privacy Policy at DHS | Dec. 29, 2008 | PUBCHRG-0001707- PUBCHRG-0001710 |
| OFR decision document | | PUBCHRG-0001711- PUBCHRG-0001711 |
| OIRA Decision | | PUBCHRG-0001712- PUBCHRG-0001713 |
| Immigration and Naturalization Service Monthly Review, Aliens and Public Assistance, Vol VI, No 9,115-120 | Mar. 1949 | PUBCHRG-0001714- PUBCHRG-0001718 |
| Commissioner Miller, Naturalization Service Monthly Review, Aliens Deported as Public Charges, Vol. VII, No. 11, 144-148 | May 1950 | PUBCHRG-0001719- PUBCHRG-0001723 |
| Immigration and Naturalization Service Monthly Review, Status of Aliens Who Become Public Charges, Vol. III, No 9, pgs. 278-280 | Mar. 1946 | PUBCHRG-0001724- PUBCHRG-0001740 |
| USCIS, Yearbooks of Immigration Statistics | Feb. 28, 2025 | PUBCHRG-0001741- PUBCHRG-0001756 |
| USCIS, Office of Public Affairs, Public Charge Fact Sheet | May 25, 1999 | PUBCHRG-0001757- PUBCHRG-0001760 |
| USCIS Policy Memorandum 602-0199, Adjustment of Status is a Matter of Discretion and Administrative Grace, and an Extraordinary Relief that Permits Applicants to Dispense with the Ordinary Consular Visa Process | May 21, 2026 | PUBCHRG-0001761- PUBCHRG-0001766 |
| DHS National Environmental Policy Act Memorandum For Record for Categorically Excluded Actions that do not require a REC | May 15, 2026 | PUBCHRG-0001767- PUBCHRG-0001768 |
| DHS, Environmental Planning and Historic Preservation Decision Support System | Nov. 4, 2025 | PUBCHRG-0001769- PUBCHRG-0001783 |
| USCIS, Origins of the Federal Immigration Service | Jan. 24, 2025 | PUBCHRG-0001784- PUBCHRG-0001786 |

| Title | Date | Bates Range |
|---|---|---|
| USCIS PM-602-0199, Adjustment of Status is a Matter of Discretion and Administrative Grace, and an Extraordinary Relief that Permits Applicants to Dispense with the Ordinary Consular Visa Process | May 21, 2026 | PUBCHRG-0001787-PUBCHRG-0001792 |
| USCIS Policy Manual, Vol. 7, Part A, Chapter 11, Decision Procedures | May 8, 2026 | PUBCHRG-0001793-PUBCHRG-0001795 |
| USCIS Policy Manual Vol. 8, Part G, Chapter 3 | Oct. 1, 2025 | PUBCHRG-0001796-PUBCHRG-0001806 |
| USCIS Policy Manual, Vol. 8, Part G, Chapter 8 | Oct. 1, 2025 | PUBCHRG-0001807-PUBCHRG-0001808 |
| USCIS Policy Manual, Vol. 9, Part A, Chapter 4 | May 8, 2026 | PUBCHRG-0001809-PUBCHRG-0001812 |
| USCIS Policy Memorandum 602-0192, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries | Dec. 2, 2025 | PUBCHRG-0001813-PUBCHRG-0001816 |
| USCIS Population Statistics, Operation Allies Welcome (OAW) Immigrant Benefit Tracking | June 17, 2026 | PUBCHRG-0001817-PUBCHRG-0001817 |
| Public Charge Fact Sheet | Apr. 29, 2011 | PUBCHRG-0001818-PUBCHRG-0001820 |
| USCIS Offices Preparing to Reopen on June 4 | Apr. 24, 2020 | PUBCHRG-0001821-PUBCHRG-0001821 |
| USCIS Temporarily Closing Offices to the Public March 18-April 1 | Mar. 17, 2020 | PUBCHRG-0001822-PUBCHRG-0001823 |
| USCIS, Policy Manual, Vol. 8, Part G, Chapter 3, Sec. C | Feb. 3, 2026 | PUBCHRG-0001824-PUBCHRG-0001835 |
| USCIS, DHS, Public Charge Webpage | Sept. 3, 2009 | PUBCHRG-0001836-PUBCHRG-0001840 |
| Economic News Release, Employer Cost for Employee Compensation,<br>Table 1 Employer costs per hour worked for employee compensation and costs as a percent of total compensation, Civilian workers, by major occupational and industry group | June 2025 | PUBCHRG-0001841-PUBCHRG-0001859 |
| U.S. Bureau of Labor Statistics, Historical Consumer Price Index for All Urban Consumers (CPI-U) - US City Average, All Items, by Month | Feb. 6, 2026 | PUBCHRG-0001860-PUBCHRG-0001862 |

| Title | Date | Bates Range |
|---|---|---|
| Statistics, Historical Consumer Price Index for All Urban Consumers (CPI-U), U.S. City Average, All Items, by Month | Feb. 6, 2026 | PUBCHRG-0001863-PUBCHRG-0001867 |
| Congressional Budget Office, The Demographic Outlook - 2026 to 2056 | Jan. 7, 2026 | PUBCHRG-0001868-PUBCHRG-0001906 |
| American Community Survey, 2023 Subject Definitions | Sept. 5, 2024 | PUBCHRG-0001907-PUBCHRG-0002076 |
| U.S. Census, American Database, S0501, Selected Characteristics of the Native and Foreign-born Populations 2023, American Community Survey (ACS) 5-Year Estimates | July 22, 2025 | PUBCHRG-0002077-PUBCHRG-0002078 |
| Monthly Medicaid and CHIP Application, Eligibility Determination, and Enrollment Reports and Data, 2019-2024 | Aug. 1, 2025 | PUBCHRG-0002079-PUBCHRG-0002521 |
| U.S. Department of Education, Dear Colleagues Letter (DCL) regarding the Personal Responsibility and Work Opportunity Reconciliation Act (PWORA) | Nov. 19, 1997 | PUBCHRG-0002522-PUBCHRG-0002529 |
| Matter of M---, 2 I. & N. Dec 131 (BIA 1944) | June 26, 1944 | PUBCHRG-0002530-PUBCHRG-0002531 |
| Matter of Martinez-Lopez, 10 I&N Dec 409 (BIA 1962, AG 1964) | Dec. 20, 1962 | PUBCHRG-0002532-PUBCHRG-0002547 |
| Matter of Mesa, 12 I. & N. Dec 432 (BIA 1967) | Sept. 6, 1967 | PUBCHRG-0002548-PUBCHRG-0002554 |
| Matter of Perez, 15 I. & N. Dec 136 (BIA 1974) | Nov. 12, 1974 | PUBCHRG-0002555-PUBCHRG-0002557 |
| Matter of Gaglioti, 14 I. & N. Dec. 677 (BIA 1974) | May 1, 1974 | PUBCHRG-0002558-PUBCHRG-0002559 |
| Matter of T-, 3 I. & N. Dec 641, 644 (BIA 1949) | June 10, 1949 | PUBCHRG-0002560-PUBCHRG-0002563 |
| Matter of A-, 19 I. & N. Dec 867 (BIA 1988) | Dec. 29, 1988 | PUBCHRG-0002564-PUBCHRG-0002567 |
| Matter of Allied Fid. Ins. Co., 19 I. & N. Dec 124, 125-26 (BIA 1984) | Mar. 13, 1984 | PUBCHRG-0002568-PUBCHRG-0002573 |
| Matter of Allied Fid. Ins. Co., 19 I.& N. Dec 124, (BIA 1984) | Mar. 13, 1984 | PUBCHRG-0002574-PUBCHRG-0002579 |
| Matter of Arthur, 16 I. & N. Dec 558 (BIA 1978) | Aug. 23, 1978 | PUBCHRG-0002580-PUBCHRG-0002582 |
| Matter of Castro, 14 I. & N. Dec 492, (BIA 1973) | Dec. 4, 1973 | PUBCHRG-0002583-PUBCHRG-0002586 |
| Matter of Guzman-Gomez, 24 I. & N. Dec 824 (BIA 2009) | May 8, 2009 | PUBCHRG-0002587-PUBCHRG-0002592 |
| Matter of Harutunian, 14 I. & N. Dec 583 (BIA 1974) | Feb. 28, 1974 | PUBCHRG-0002593-PUBCHRG-0002600 |

| Title | Date | Bates Range |
|---|---|---|
| Matter of Huang, 19 I. & N. Dec 749, (BIA 1988) | Sept. 28, 1988 | PUBCHRG-0002601-PUBCHRG-0002611 |
| Matter of Kane, 15 I. & N. Dec 258, (BIA 1975) | Apr. 1, 1975 | PUBCHRG-0002612-PUBCHRG-0002622 |
| Matter of Montero, 14 I. & N. Dec 399, (BIA 1973) | Aug. 9, 1973 | PUBCHRG-0002623-PUBCHRG-0002626 |
| Matter of Quijencio, 15 I. & N. Dec 95, (BIA 1974) | Sept. 26, 1974 | PUBCHRG-0002627-PUBCHRG-0002631 |
| Matter of Sesay, 25 I. & N. Dec 431 (BIA 2011) | Mar. 17, 2011 | PUBCHRG-0002632-PUBCHRG-0002645 |
| Matter of Song, 27 I. & N. Dec 488, 492 (BIA 2018) | Nov. 19, 2018 | PUBCHRG-0002646-PUBCHRG-0002651 |
| Matter of Viado, 19 I. & N. Dec 252 (Comm 1985) | July 30, 1985 | PUBCHRG-0002652-PUBCHRG-0002654 |
| Matter of Vindman, 16 I. & N. Dec 131 (BIA 1977) | Mar. 4, 1977 | PUBCHRG-0002655-PUBCHRG-0002657 |
| Status of the Refundable Portion of Certain Tax Credits as Federal Public Benefits | Nov. 19, 2025 | PUBCHRG-0002658-PUBCHRG-0002677 |
| 9 FAM 302.8 Public Charge | Aug 21, 2025 | PUBCHRG-0002678-PUBCHRG-0002695 |
| Guidance Memo - Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration | July 10, 2025 | PUBCHRG-0002696-PUBCHRG-0002701 |
| USDA, WIC Final Policy Memorandum 98-7, Impact of Participation in the WIC Program on Alien Status | Mar. 19, 1998 | PUBCHRG-0002702-PUBCHRG-0002704 |
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2019 | May 7, 2021 | PUBCHRG-0002705-PUBCHRG-0002705 |
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2020 | Mar. 8, 2024 | PUBCHRG-0002706-PUBCHRG-0002706 |
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2021 | Mar. 8, 2024 | PUBCHRG-0002707-PUBCHRG-0002707 |

| Title | Date | Bates Range |
|---|---|---|
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2022 | Mar. 8, 2024 | PUBCHRG-0002708-PUBCHRG-0002708 |
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2023 | July 11, 2025 | PUBCHRG-0002709-PUBCHRG-0002709 |
| SNAP National and or State Level Monthly and or Annual Data, Persons, Households, Benefits, and Average Monthly Benefit per Person & Household, FY 2024 | July 11, 2025 | PUBCHRG-0002710-PUBCHRG-0002710 |
| WIC Data Tables, National Level Annual Summary, FY 1974 through FY 2025 | Dec. 10, 2025 | PUBCHRG-0002711-PUBCHRG-0002712 |
| WIC Data Tables, National Level Annual Summary, FY 2021 to FY 2025 | Dec. 12, 2025 | PUBCHRG-0002713-PUBCHRG-0002714 |
| WIC Data Tables, Annual State Level Data, Total Participation FY 2020 to FY 2024 | Aug. 8, 2025 | PUBCHRG-0002715-PUBCHRG-0002717 |
| Report to the President and Congress, The Money Follows the Person (MFP) Rebalancing Demonstration | June 2017 | PUBCHRG-0002718-PUBCHRG-0002754 |
| Medicaid Per Capita Expenditures, CY 2022 | July 21, 2025 | PUBCHRG-0002755-PUBCHRG-0002755 |
| Medicaid, Unwinding and Returning to Regular Operations after COVID-19 | Aug. 25, 2025 | PUBCHRG-0002756-PUBCHRG-0002764 |
| Overview of Immigrants Eligibility for SNAP, TANF, Medicaid and CHIP | Mar. 26, 2012 | PUBCHRG-0002765-PUBCHRG-0002776 |
| IRS, American Opportunity Tax Credit | Sept. 4, 2025 | PUBCHRG-0002777-PUBCHRG-0002780 |
| IRS, Child Tax Credit | Feb. 23, 2026 | PUBCHRG-0002781-PUBCHRG-0002783 |
| IRS, Earned Income Tax Credit (EITC) | Feb. 9, 2026 | PUBCHRG-0002784-PUBCHRG-0002785 |
| TANF Caseload Data 2019 | July 22, 2025 | PUBCHRG-0002786-PUBCHRG-0002786 |
| TANF Caseload Data 2020 | July 22, 2025 | PUBCHRG-0002787-PUBCHRG-0002787 |
| TANF Caseload Data 2021 | July 22, 2025 | PUBCHRG-0002788-PUBCHRG-0002788 |
| TANF Caseload Data 2022 | July 22, 2025 | PUBCHRG-0002789-PUBCHRG-0002789 |

| Title | Date | Bates Range |
|---|---|---|
| TANF Caseload Data 2023 | July 22, 2025 | PUBCHRG-0002790-PUBCHRG-0002790 |
| TANF Caseload Data 2024 | July 22, 2025 | PUBCHRG-0002791-PUBCHRG-0002791 |
| TANF Financial Data, Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2019 | July 21, 2025 | PUBCHRG-0002792-PUBCHRG-0002792 |
| TANF Financial Data, Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2020 | July 21, 2025 | PUBCHRG-0002793-PUBCHRG-0002793 |
| TANF Financial Data, Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2021 | July 21, 2025 | PUBCHRG-0002794-PUBCHRG-0002794 |
| TANF Financial Data, Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2022 | July 21, 2025 | PUBCHRG-0002795-PUBCHRG-0002795 |
| TANF Financial Data Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2023 | July 21, 2025 | PUBCHRG-0002796-PUBCHRG-0002796 |
| TANF Financial Data, Table A1 Federal TANF and State MOE Expenditures Summary by ACF-196 Spending Category, Federal Funds for Basic Assistance FY 2024 | Feb. 6, 2026 | PUBCHRG-0002797-PUBCHRG-0002797 |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other area, eligibility category, age, and receipt of OASDI benefits Dec. 2024 | July 21, 2025 | PUBCHRG-0002798-PUBCHRG-0002799 |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other area, eligibility category, age, and receipt of OASDI benefits Dec. 2019 | July 21, 2025 | PUBCHRG-0002800-PUBCHRG-0002801 |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other | July 21, 2025 | PUBCHRG-0002802-PUBCHRG-0002803 |

| Title | Date | Bates Range |
|---|---|---|
| area, eligibility category, age, and receipt of OASDI benefits Dec. 2020 | | |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other area, eligibility category, age, and receipt of OASDI benefits Dec. 2021 | July 21, 2025 | PUBCHRG-0002804-PUBCHRG-0002805 |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other area, eligibility category, age, and receipt of OASDI benefits Dec. 2022 | July 21, 2025 | PUBCHRG-0002806-PUBCHRG-0002807 |
| SSI Recipients by State and County, Table 1, Number of recipients by state or other area, eligibility category, age, and receipt of OASDI benefits Dec. 2023 | July 21, 2025 | PUBCHRG-0002808-PUBCHRG-0002809 |
| Social Security Administration, Annual Report of the Supplemental Security Income Program, 2024. Table IVC1, SSI Federal Payments in Current Dollars, Fiscal Years, pg. 52 | May 30, 2024 | PUBCHRG-0002810-PUBCHRG-0003008 |
| Circular A-4, Regulatory Analysis | Sept. 17, 2003 | PUBCHRG-0003009-PUBCHRG-0003056 |
| OMB Memorandum 25-20, Guidance Implementing-Section 3 of E.O. 14192 "Unleashing Prosperity Through Deregulation" | Mar. 26, 2025 | PUBCHRG-0003057-PUBCHRG-0003074 |
| Annual Statistical Supplement, 2024, Supplemental Security Income Program Description and Legislative History | July 22, 2025 | PUBCHRG-0003075-PUBCHRG-0003091 |
| Social Security Administration, How Much You Could Get From SSI | July 19, 2025 | PUBCHRG-0003092-PUBCHRG-0003096 |
| Social Security Administration, Annual Report of the Supplemental Security Income Program, 2024 Table IVC1 , SSI Federal Payments in Current Dollars, Fiscal Years, pg. 52 | May 30, 2024 | PUBCHRG-0003097-PUBCHRG-0003295 |
| 116 Cong. Rec. S. 9957, daily ed. June 26, 1970 | June 26, 1970 | PUBCHRG-0003296-PUBCHRG-0003296 |
| Families First Coronavirus Response Act, Pub. L. No. 116-127, 134 Stat. 178, HR 6201 | Mar. 18, 2020 | PUBCHRG-0003297-PUBCHRG-0003339 |
| H.R. Rep. No. 104-469(I) | Mar. 4, 1996 | PUBCHRG-0003340-PUBCHRG-0003889 |
| H.R. Rep. No. 104-651 | June 27, 1996 | PUBCHRG-0003890-PUBCHRG-0003904 |

| Title | Date | Bates Range |
| --- | --- | --- |
| H.R. Rep. No. 104-828 | Sept. 24, 1996 | PUBCHRG-0003905-PUBCHRG-0004156 |
| HR-1 Reconciliation Bill, Secs 10108 (SNAP Eligibility), 71109 (Alien Medicaid Eligibility), Pub. L. No. 119-21 | July 4, 2025 | PUBCHRG-0004157-PUBCHRG-0004487 |
| Representative Adam Smith, Congressional Inquiry, DHS Response | Feb. 4, 2026 | PUBCHRG-0004488-PUBCHRG-0004488 |
| Representative Espaillat, et al, Congressional Inquiry | Dec. 19, 2025 | PUBCHRG-0004489-PUBCHRG-0004500 |
| Representative Strickland, et al, Congressional Inquiry | Jan. 22, 2026 | PUBCHRG-0004501-PUBCHRG-0004502 |
| Representative Strickland, et al, Congressional Inquiry, DHS Response | Feb. 13, 2026 | PUBCHRG-0004503-PUBCHRG-0004503 |
| S. Rep. 81-1515, The 1950 Omnibus Report of the Senate Judiciary Committee, pg. 9 | Apr. 20, 1950 | PUBCHRG-0004504-PUBCHRG-0004504 |
| S. Rep 81-1515, The 1950 Omnibus Report of the Senate Judiciary Committee, pg. 349 | Apr. 20, 1950 | PUBCHRG-0004505-PUBCHRG-0004505 |
| Requirements to Join the US Military | Aug. 27, 2025 | PUBCHRG-0004506-PUBCHRG-0004510 |
| USDA, Economic Research Service, SNAP Spending Rose and Fell With Pandemic-Era Changes to Benefit Amounts | June 12, 2024 | PUBCHRG-0004511-PUBCHRG-0004517 |
| E.O. No. 12866, Regulatory Planning and Review | Sept. 30, 1993 | PUBCHRG-0004518-PUBCHRG-0004526 |
| E.O. No. 12988, Civil Justice Reform | Feb. 5, 1996 | PUBCHRG-0004527-PUBCHRG-0004532 |
| E.O. No. 13132, Federalism | Aug. 10, 1999 | PUBCHRG-0004533-PUBCHRG-0004537 |
| E.O. No. 13175 - Consultation and Coordination with Indian Tribal Governments | Nov. 9, 2000 | PUBCHRG-0004538-PUBCHRG-0004541 |
| E.O. No. 13563, Improving Regulation and Regulatory Review | Jan. 18, 2011 | PUBCHRG-0004542-PUBCHRG-0004544 |
| E.O. No. 13828, Reducing Poverty in America by Promoting Opportunity and Economic Mobility | Apr. 10, 2018 | PUBCHRG-0004545-PUBCHRG-0004549 |
| E.O. No. 14192, Unleashing Prosperity Through Deregulation | Feb. 6, 2025 | PUBCHRG-0004550-PUBCHRG-0004552 |
| E.O. No. 14218, Ending Taxpayer Subsidization of Open Borders | Feb. 19, 2025 | PUBCHRG-0004553-PUBCHRG-0004554 |

| Title | Date | Bates Range |
| --- | --- | --- |
| E.O. No. 14243, Stopping Waste, Fraud, and Abuse by Eliminating Information Silos | Mar. 25, 2025 | PUBCHRG-0004555-PUBCHRG-0004556 |
| Nearly Half a Million Early Childhood Educators are Immigrants | July 15, 2025 | PUBCHRG-0004557-PUBCHRG-0004563 |
| Immigrant Women's Contributions to Our Economy | May 2025 | PUBCHRG-0004564-PUBCHRG-0004567 |
| Early Childhood Workforce Index | 2024 | PUBCHRG-0004568-PUBCHRG-0004917 |
| Trump Administration's Overbroad Public Charge Definition Could Deny Those Without Substantial Means a Chance to Come to or Stay in the U.S. | May 30, 2019 | PUBCHRG-0004918-PUBCHRG-0004929 |
| National and State Housing Fact Sheets and Data, Federal Rental Assistance, Download the Data | Jan. 23, 2025 | PUBCHRG-0004930-PUBCHRG-0004930 |
| Expenditure Reports From MBES CBES, FY 2022 | July 21, 2025 | PUBCHRG-0004931-PUBCHRG-0004932 |
| Expenditure Reports From MBES CBES, FY 2019 | July 21, 2025 | PUBCHRG-0004933-PUBCHRG-0004933 |
| Expenditure Reports From MBES CBES, FY 2020 | July 21, 2025 | PUBCHRG-0004934-PUBCHRG-0004934 |
| Expenditure Reports From MBES CBES, FY 2021 | July 21, 2025 | PUBCHRG-0004935-PUBCHRG-0004936 |
| Expenditure Reports From MBES CBES, FY 2023 | July 21, 2025 | PUBCHRG-0004937-PUBCHRG-0004938 |
| Expenditure Reports From MBES CBES, FY 2024 | July 21, 2025 | PUBCHRG-0004939-PUBCHRG-0004940 |
| 2022 Changes to the Public Charge Inadmissibility Rule and the Implications for Health Care | May 5, 2022 | PUBCHRG-0004941-PUBCHRG-0004953 |
| One in Four Adults in Mixed-Status Families Did Not Participate in Safety Net Programs in 2022 Because of Green Card Concerns | Aug. 17, 2023 | PUBCHRG-0004954-PUBCHRG-0004956 |
| One in Six Adults in Immigrant Families with Children Avoided Public Programs in 2022 Because of Green Card Concerns | Nov. 30, 2023 | PUBCHRG-0004957-PUBCHRG-0004962 |
| Immigrant Families Faced Multiple Barriers to Safety Net Programs in 2021 | Nov. 10, 2022 | PUBCHRG-0004963-PUBCHRG-0004983 |
| Immigrant Families Continued Avoiding the Safety Net during the COVID-19 Crisis | Feb. 1, 2021 | PUBCHRG-0004984-PUBCHRG-0004985 |
| Key Facts on Health Coverage of Immigrants | Jan. 15, 2025 | PUBCHRG-0004986-PUBCHRG-0005000 |

| Title | Date | Bates Range |
|---|---|---|
| Immigrant Care: How Immigrant Early Educators Hold Up the Care Economy | June 2025 | PUBCHRG-0005001-PUBCHRG-0005007 |
| Appendix 1, Economic and Mortality Analyses of the DHS Proposed Rule, Public Charge Ground of Inadmissibility, pgs. 31-44 | Dec. 3, 2025 | PUBCHRG-0005008-PUBCHRG-0005051 |
| New Evidence Demonstrates That The Public Charge Rule Will Harm Immigrant Families and Others | Oct. 9, 2019 | PUBCHRG-0005052-PUBCHRG-0005055 |
| A 50-State Comparison of TANF Amounts | Nov. 12, 2024 | PUBCHRG-0005056-PUBCHRG-0005060 |
| Anticipated "Chilling Effects" of the Public-Charge Rule are Real, Census Data Reflect Steep Decline in Benefits Use by Immigrant Families | Dec. 2020 | PUBCHRG-0005061-PUBCHRG-0005067 |
| Potential "Chilling Effects" of Public Charge and Other Immigration Policies on Medicaid and CHIP Enrollment | Dec. 2, 2025 | PUBCHRG-0005068-PUBCHRG-0005081 |
| What the Data Says About Immigrants in the U.S. | Aug. 21, 2025 | PUBCHRG-0005082-PUBCHRG-0005097 |
| Foreign-Born Number and Share of U.S. Population at All-Time Highs in January 2025 | Mar. 12, 2025 | PUBCHRG-0005098-PUBCHRG-0005115 |
| Table 5 Total Estimated Reduction in Transfer Payments Paid by the Federal Government Due to Disenrollment or Forgone Enrollment in Public Benefits Programs of Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the Transfer Payments and Indirect Impacts of the Regulatory Change. | June 2026 | PUBCHRG-0005116-PUBCHRG-0005116 |
| Table 1 Estimated 6-year Average Total Public Benefits Enrollment by Public Benefits Program of Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the Transfer Payments and Indirect Impacts of the Regulatory Change | June 2026 | PUBCHRG-0005117-PUBCHRG-0005117 |
| Table 2 Estimated 6-Year Average Total Benefits Payments by Public Benefits Program of Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the | June 2026 | PUBCHRG-0005118-PUBCHRG-0005118 |

| Title | Date | Bates Range |
|---|---|---|
| Transfer Payments and Indirect Impacts of the Regulatory Change | | |
| Table 3 Estimated Annual Benefit per Person, by Public Benefit Program, FY 2019 through FY 2024 of Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the Transfer Payments and Indirect Impacts of the Regulatory Change | June 2026 | PUBCHRG-0005119-PUBCHRG-0005119 |
| Table 4 Estimated Population of Members of Households Including Aliens Expected to Disenroll or Forgo Enrollment in a Public Benefits Program of Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the Transfer Payments and Indirect Impacts of the Regulatory Change. | June 2026 | PUBCHRG-0005120-PUBCHRG-0005120 |
| Table IV-4 Total Annual Receipts and Approvals for Form I-485, Application to Register Permanent Residence or Adjust Status, FY 2019 through FY 2024 | Aug. 11, 2025 | PUBCHRG-0005121-PUBCHRG-0005121 |
| Table IV-6 Total Estimated Population of Individuals Seeking Adjustment of Status Who Are Exempt from or Subject to Public Charge Inadmissibility, FY 2019 through FY 2024 | Aug. 25, 2025 | PUBCHRG-0005122-PUBCHRG-0005122 |
| Table IV-7 Total Annual Approvals for Form I-485, Application to Register Permanent Residence or Adjust Status, for Aliens Who Were Required or Not Required to Submit a Form I-864, FY 2019 through FY 2024 | Aug. 25, 2025 | PUBCHRG-0005123-PUBCHRG-0005123 |
| Table IV.8. Form I-485, Application to Register Permanent Residence and Adjust Status Total Receipts, Total Denials and Denials with Public Charge as the Denial Reason, FY 2020 through FY 2024 | June 2026 | PUBCHRG-0005124-PUBCHRG-0005124 |
| Table IV-9 Estimated Population of Public Benefits Recipients Who Are Members of Households that Include at Least One Alien, FY 2019 through FY 2024 | June 2026 | PUBCHRG-0005125-PUBCHRG-0005126 |

| Title | Date | Bates Range |
|---|---|---|
| Table IV-10 Estimated Annual Benefit per Person, by Public Benefit Program, FY 2019 through FY 2024 | June 2026 | PUBCHRG-0005127-PUBCHRG-0005127 |
| Table IV-11 Estimated Population of Members of Households Including Aliens Expected to Disenroll or Forgo Enrollment in a Public Benefits Program | June 2026 | PUBCHRG-0005128-PUBCHRG-0005128 |
| Table IV-12 Total Estimated Reduction in Transfer Payments Paid by the Federal Government Due to Disenrollment or Forgone Enrollment in Public Benefits Programs | June 2026 | PUBCHRG-0005129-PUBCHRG-0005129 |
| Table IV-13 Comparison of the High, Low, and Primary Total Estimated Reduction in Transfer Payments Paid by the Federal Government Due to Disenrollment or Forgone Enrollment in Public Benefits Programs | June 2026 | PUBCHRG-0005130-PUBCHRG-0005130 |
| Table IV-14 Total Estimated Reduction in Transfer Payment from the Federal Government to Members of Households that Include Aliens Who May Be Receiving Public Benefits Based on A 10.3 Percent Rate of Disenrollment or Forgone Enrollment | June 2026 | PUBCHRG-0005131-PUBCHRG-0005131 |
| Table IV-15 State Share of the Total Estimated Reduction in Transfer Payment from the State Governments to Members of Households that Include Aliens Who May Be Receiving Public Benefits Based On A 10.3 Percent Rate of Disenrollment or Forgone Enrollment | June 2026 | PUBCHRG-0005132-PUBCHRG-0005132 |
| Table IV-16 Total Estimated Reduction in Transfer Payment from the Federal and State Governments to Members of Households that Include Aliens Who May Be Receiving Public Benefits Based on A 10.3 Percent Rate of Disenrollment or Forgone Enrollment | June 2026 | PUBCHRG-0005133-PUBCHRG-0005133 |
| Final Rule, USCIS Form I-356, Request for Cancellation of Public Charge Bond, OMB No. 1615-0141 | June 30, 2027 | PUBCHRG-0005134-PUBCHRG-0005163 |
| Final Rule- I-485, Application to Register Permanent Residence or Adjust Status and Supplements, 1615-0023 | May 18, 2026 | PUBCHRG-0005164-PUBCHRG-0005492 |

| Title | Date | Bates Range |
|---|---|---|
| Final Rule, USCIS Form I-945, Public Charge Bond, OMB No. 1615-0143 | May 18, 2026 | PUBCHRG-0005493-PUBCHRG-0005517 |
| NPRM, USCIS Form I-485, Application to Register Permanent Residence or Adjust Status, OMB No. 1615-0023 | Oct. 21, 2025 | PUBCHRG-0005518-PUBCHRG-0005597 |
| NPRM, USCIS Form I-945, Immigration Public Charge Bond, OMB No. 615-0143 (Reinstatement) | Oct. 17, 2025 | PUBCHRG-0005598-PUBCHRG-0005621 |
| NPRM, USCIS Form I-356, Request for Cancellation of Public Charge Bond, OMB No. 1615-0005 (Reinstatement) | Oct. 14, 2025 | PUBCHRG-0005622-PUBCHRG-0005673 |
| NPRM Public Comment Matrix with public links | | PUBCHRG-0005674-PUBCHRG-0005674 |

| Title | Date | Bates Range |
|---|---|---|
| **Record for Guidance** | | |
| USCIS, Policy Alert - Public Charge Ground of Inadmissibility (PA-2026-0009) | Aug. 18, 2026 | PUBCHRG-0005675-PUBCHRG-0005773 |
| USCIS, DHS, Estimated Amounts of Certain Means-tested Public Benefits Received Per Person For Benefits Considered Under the 2026 Public Charge Final Rule | | PUBCHRG-0005774-PUBCHRG-0005774 |
| USCIS, Public Charge Inadmissibility Determinations in Illinois | Feb. 24, 2020 | PUBCHRG-0005775-PUBCHRG-0005779 |
| 84 Fed. Reg. 57142, DOS, 60-Day Notice of Proposed Information Collection: Public Charge Questionnaire | Oct. 24, 2019 | PUBCHRG-0005780-PUBCHRG-0005781 |
| S. Rep. No. 81-1515, The 1950 Omnibus Report of the Senate Judiciary Committee, pg. 9 | 1950 | PUBCHRG-0005782-PUBCHRG-0005782 |
| HHS, TANF Expenditures FY 2019 | 2019 | PUBCHRG-0005783-PUBCHRG-0005783 |
| Census, DOC, SSI SSA Enrollment 2019 | 2019 | PUBCHRG-0005784-PUBCHRG-0005785 |
| CMS, HHS, Medicaid and CHIP Enrollment 2019-2024 | 2019-2024 | PUBCHRG-0005786-PUBCHRG-0006118 |
| HHS, TANF Enrollment FY 2020 | 2020 | PUBCHRG-0006119-PUBCHRG-0006119 |

| Title | Date | Bates Range |
|---|---|---|
| HHS, TANF Expenditures FY 2020 | 2020 | PUBCHRG-0006120-PUBCHRG-0006120 |
| Census, DOC, SSI SSA Enrollment FY 2020 | 2020 | PUBCHRG-0006121-PUBCHRG-0006122 |
| HHS, TANF Enrollment FY 2021 | 2021 | PUBCHRG-0006123-PUBCHRG-0006123 |
| HHS, TANF Expenditures FY 2021 | 2021 | PUBCHRG-0006124-PUBCHRG-0006124 |
| Census, DOC, SSI SSA Enrollment FY 2021 | 2021 | PUBCHRG-0006125-PUBCHRG-0006126 |
| USDA, SNAP Enrollment and Expenditures 2021 | Mar. 8, 2024 | PUBCHRG-0006127-PUBCHRG-0006127 |
| HHS, TANF Enrollment FY 2022 | 2022 | PUBCHRG-0006128-PUBCHRG-0006128 |
| HHS, TANF Expenditures FY 2022 | 2022 | PUBCHRG-0006129-PUBCHRG-0006129 |
| Census, DOC, SSI SSA Enrollment, 2022 | 2022 | PUBCHRG-0006130-PUBCHRG-0006131 |
| USDA, SNAP Enrollment and Expenditures 2022 | Mar. 8, 2024 | PUBCHRG-0006132-PUBCHRG-0006132 |
| USDA, WIC Participant and Program Characteristics Final Report 2022 | 2022 | PUBCHRG-0006133-PUBCHRG-0006265 |
| CMS, HHS, Medicaid Per Capita Expenditures CY 2023 | 2023 | PUBCHRG-0006266-PUBCHRG-0006267 |
| HHS, TANF FY Enrollment 2023 | 2023 | PUBCHRG-0006268-PUBCHRG-0006268 |
| HHS, TANF FY Expenditures 2023 | 2023 | PUBCHRG-0006269-PUBCHRG-0006269 |
| Census, DOC, SSI SSA Enrollment, 2023 | 2023 | PUBCHRG-0006270-PUBCHRG-0006271 |
| USDA, SNAP Enrollment and Expenditures 2023 | July 11, 2025 | PUBCHRG-0006272-PUBCHRG-0006272 |
| Center on Budget and Policy Priorities, HUD Federal Rental Assistance Enrollment and Expenditures 2024 | 2024 | PUBCHRG-0006273-PUBCHRG-0006273 |
| HHS, TANF Enrollment FY 2024 | 2024 | PUBCHRG-0006274-PUBCHRG-0006274 |
| HHS, TANF Expenditures FY 2024 | 2024 | PUBCHRG-0006275-PUBCHRG-0006275 |
| SSA, Annual Report of the SSI Program 2024 | 2024 | PUBCHRG-0006276-PUBCHRG-0006277 |
| SSA, Supplemental Security Income Program Description and Legislative | 2024 | PUBCHRG-0006278-PUBCHRG-0006294 |

| Title | Date | Bates Range |
|---|---|---|
| History, Annual Statistical Supplement 2024 | | |
| Census, DOC, SSI SSA Enrollment, 2024 | 2024 | PUBCHRG-0006295-PUBCHRG-0006296 |
| USDA, SNAP Enrollment and Expenditures 2024 | July 11, 2025 | PUBCHRG-0006297-PUBCHRG-0006297 |
| USDA, WIC Program Enrollment 2019-2024 | Aug. 8, 2025 | PUBCHRG-0006298-PUBCHRG-0006300 |
| USDA, WIC Program Enrollment 2021-2025 | 2025 | PUBCHRG-0006301-PUBCHRG-0006302 |
| USDA, WIC Program Expenditures 2019-2025 | 2025 | PUBCHRG-0006303-PUBCHRG-0006304 |
| Matter of Kane, 15 I. & N. Dec 258, (BIA 1975) | Apr. 1, 1975 | PUBCHRG-0006305-PUBCHRG-0006315 |
| Petition for Alien Relative (Form I-130) and Instructions | Apr. 1, 2024 | PUBCHRG-0006316-PUBCHRG-0006338 |
| Form I-690, Application for Waiver of Grounds of Inadmissibility Under Sections 245A or 210 of the Immigration and Nationality Act and Instructions | Apr. 1, 2024 | PUBCHRG-0006339-PUBCHRG-0006353 |
| USCIS, Before Your Child Immigrates to the United States | Apr. 11, 2023 | PUBCHRG-0006354-PUBCHRG-0006356 |
| Form I-356, Request for Cancellation of Public Charge Bond | Apr. 15, 1964 | PUBCHRG-0006357-PUBCHRG-0006358 |
| 89 FR 28608, SSA, Expand the Definition of Public Assistance Household | Apr. 19, 2024 | PUBCHRG-0006359-PUBCHRG-0006373 |
| Center on Budget and Policy Priorities, Special Supplemental Nutrition Program for Women Infants and Children (WIC) | Apr. 2025 | PUBCHRG-0006374-PUBCHRG-0006381 |
| IRS, Who Should File A Tax Return | Apr. 30, 2026 | PUBCHRG-0006382-PUBCHRG-0006386 |
| CMS, HHS, CHIP Expenditures FY 2022 | Aug. 11, 2023 | PUBCHRG-0006387-PUBCHRG-0006388 |
| von Reichert, Christiane, HHS, Disability and the Household Context | Aug. 12, 2022 | PUBCHRG-0006389-PUBCHRG-0006400 |
| 84 FR 41292, USCIS, DHS, Inadmissibility on Public Charge Grounds | Aug. 14, 2019 | PUBCHRG-0006401-PUBCHRG-0006617 |
| Chidambaram, Priya and Alice Burns, "How Many People Use Medicaid Long-Term Services and Supports and How Much Does Medicaid Spend on Those People." Kaiser Family Foundation | Aug. 14, 2023 | PUBCHRG-0006618-PUBCHRG-0006635 |
| USCIS, Policy Manual, Vol. 1, Part E., Chapter 6, "Evidence" | Aug. 18, 2026 | PUBCHRG-0006636-PUBCHRG-0006665 |

| Title | Date | Bates Range |
|---|---|---|
| USCIS, Policy Manual, Vol. 1, Part E., Chapter 8, "Discretionary Analysis" | Aug. 18, 2026 | PUBCHRG-0006666-PUBCHRG-0006684 |
| USCIS, Policy Manual, Vol. 1, Part E., Chapter 9, "Rendering a Decision" | Aug. 18, 2026 | PUBCHRG-0006685-PUBCHRG-0006686 |
| USCIS, Policy Manual, Vol. 12, Part H., Chapter 4, "Automatic Acquisition of Citizenship after Birth (INA 320)" | Aug. 18, 2026 | PUBCHRG-0006687-PUBCHRG-0006700 |
| USCIS, Policy Manual, Vol. 7, Part B., Chapter 2, "Eligibility Requirements" | Aug. 18, 2026 | PUBCHRG-0006701-PUBCHRG-0006725 |
| USCIS, Policy Manual, Vol. 7, Part B., Chapter 6, "Unauthorized Employment (INA 245(c)(2) and INA 245(c)(8))" | Aug. 18, 2026 | PUBCHRG-0006726-PUBCHRG-0006730 |
| USCIS, Policy Manual, Vol. 7, Part G., Chapter 10, "Public Charge Bonds" | Aug. 18, 2026 | PUBCHRG-0006731-PUBCHRG-0006738 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 11 "Public Charge Bonds: Posting and Accepting Bonds" | Aug. 18, 2026 | PUBCHRG-0006739-PUBCHRG-0006742 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 12, "Public Charge Bonds: Maintaining, Substituting and Canceling Bonds" | Aug. 18, 2026 | PUBCHRG-0006743-PUBCHRG-0006751 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 2, "Key Concepts" | Aug. 18, 2026 | PUBCHRG-0006752-PUBCHRG-0006754 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 3, "Applicability" | Aug. 18, 2026 | PUBCHRG-0006755-PUBCHRG-0006765 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 4, "Prospective Determination Based on Totality of Circumstances" | Aug. 18, 2026 | PUBCHRG-0006766-PUBCHRG-0006768 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 5, "Statutory Minimum Factors" | Aug. 18, 2026 | PUBCHRG-0006769-PUBCHRG-0006774 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 6, "Affidavit of Support Under Section 213A of the INA" | Aug. 18, 2026 | PUBCHRG-0006775-PUBCHRG-0006782 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 7, "Consideration of Any Current and/or Past Receipt of Public Cash Assistance for Income Maintenance or Long-term Institutionalization at Government Expense" | Aug. 18, 2026 | PUBCHRG-0006783-PUBCHRG-0006791 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 8, "Waivers of Inadmissibility Based on Public Charge Ground" | Aug. 18, 2026 | PUBCHRG-0006792-PUBCHRG-0006793 |
| USCIS, Policy Manual, Vol. 8, Part G., Chapter 9, "Adjudicating Public Charge | Aug. 18, 2026 | PUBCHRG-0006794-PUBCHRG-0006804 |

| Title | Date | Bates Range |
|---|---|---|
| Inadmissibility for Adjustment of Status Applications" | | |
| USCIS, Policy Manual, Vol. 8, Part. G, Updates, Current as of Aug. 18, 2026 | Aug. 18, 2026 | PUBCHRG-0006805-PUBCHRG-0006814 |
| Matter of Arthur, 16 I. & N. Dec 558 (BIA 1978) | Aug. 23, 1978 | PUBCHRG-0006815-PUBCHRG-0006817 |
| 86 FR 47025, USCIS, DHS, Public Charge Ground of Inadmissibility | Aug. 23, 2021 | PUBCHRG-0006818-PUBCHRG-0006825 |
| 63 FR 41658, HHS, Personal Responsibility and Work Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit | Aug. 4, 1998 | PUBCHRG-0006826-PUBCHRG-0006829 |
| Matter of Montero, 14 I. & N. Dec 399, (BIA 1973) | Aug. 9, 1973 | PUBCHRG-0006830-PUBCHRG-0006833 |
| Matter of Castro, 14 I. & N. Dec 492, (BIA 1973) | Dec. 4, 1973 | PUBCHRG-0006834-PUBCHRG-0006837 |
| Form I-945, Public Charge Bond and Instructions | Dec. 23, 2022 | PUBCHRG-0006838-PUBCHRG-0006852 |
| Matter of A-, 19 I. & N. Dec 867 (BIA 1988) | Dec. 29, 1988 | PUBCHRG-0006853-PUBCHRG-0006856 |
| 87 FR 74429, HHS, "Federal Financial Participation in State Assistance Expenditures | Dec. 5, 2022 | PUBCHRG-0006857-PUBCHRG-0006860 |
| 87 FR 10570, USCIS, DHS, Public Charge Ground of Inadmissibility | Feb 24, 2022 | PUBCHRG-0006861-PUBCHRG-0006962 |
| INS, DOJ, Memorandum: Public Charge Bonds | Feb. 15, 1957 | PUBCHRG-0006963-PUBCHRG-0006965 |
| CMS HHS CHIP Expenditures FY 2024 | Feb. 18, 2025 | PUBCHRG-0006966-PUBCHRG-0006967 |
| Savidge, Thomas, "The Work vs. Welfare Tradeoff Revisited: Explaining Welfare Benefits at the State Level." American Institute of Economic Research | Feb. 19, 2025 | PUBCHRG-0006968-PUBCHRG-0007012 |
| 91 FR 8151, HUD, Housing and Community Development Act of 1980: Verification of Eligible Status | Feb. 20, 2026 | PUBCHRG-0007013-PUBCHRG-0007032 |
| Edelstin, Sara, Michael Pergamit, Caroline Ratcliffe, "Characteristics of Families Receiving Multiple Public Benefits," Urban Institute | Feb. 2014 | PUBCHRG-0007033-PUBCHRG-0007045 |
| Matter of Harutunian, 14 I. & N. Dec 583 (BIA 1974) | Feb. 28, 1974 | PUBCHRG-0007046-PUBCHRG-0007053 |
| 61 FR 4729, Executive Order 12988, Civil Justice Reform | Feb. 5, 1996 | PUBCHRG-0007054-PUBCHRG-0007059 |

| Title | Date | Bates Range |
|---|---|---|
| USCIS, Policy Alert - Public Charge Ground of Inadmissibility (PA-2020-04) | Feb. 5, 2020 | PUBCHRG-0007060-PUBCHRG-0007062 |
| Matter of Martinez-Lopez, 10 I&N Dec 409 (BIA 1962, AG 1964) | Jan. 06, 1964 | PUBCHRG-0007063-PUBCHRG-0007078 |
| Form I-354, Bond That Alien Shall Not Become a Public Charge | Jan. 1, 1957 | PUBCHRG-0007079-PUBCHRG-0007080 |
| 66 FR 3613, DOJ, Final Specification of Community Programs Necessary for Protection of Life or Safety Under Welfare Reform Legislation | Jan. 16, 2001 | PUBCHRG-0007081-PUBCHRG-0007090 |
| ASPE, HHS, How Many People Participate in the Social Safety Net | Jan. 20, 2023 | PUBCHRG-0007091-PUBCHRG-0007096 |
| ASPE, HHS, How Many People Participate in the Social Safety Net | Jan. 20, 2023 | PUBCHRG-0007097-PUBCHRG-0007102 |
| Form I-356, Request for Cancellation of Public Charge Bond and Instructions | Jan. 20, 2025 | PUBCHRG-0007103-PUBCHRG-0007118 |
| Form I-485, Application to Register Permanent Residence or Adjust Status and Instructions | Jan. 20, 2025 | PUBCHRG-0007119-PUBCHRG-0007184 |
| Form I-693, Report of Immigration Medical Examination and Vaccination Record and Instructions | Jan. 20, 2025 | PUBCHRG-0007185-PUBCHRG-0007210 |
| Form I-854B, Inter-Agency Alien Witness and Informant Record (Form I-854A) and Inter-Agency Alien Witness and Informant Adjustment of Status and Instructions | Jan. 20, 2025 | PUBCHRG-0007211-PUBCHRG-0007228 |
| Form N-400, Application for Naturalization and Instructions | Jan. 20, 2025 | PUBCHRG-0007229-PUBCHRG-0007271 |
| HHS, TANF - Average Monthly Number of Recipients, Adults, and Children, Oct. 2019 - Dec. 2019 | Jan. 2020 | PUBCHRG-0007272-PUBCHRG-0007272 |
| Census, DOC, Temporary Assistance for Needy Families 2022 | Jan. 2025 | PUBCHRG-0007273-PUBCHRG-0007273 |
| HHS, Populations Estimates of Disability and Long-Term Care | Jan. 31, 1995 | PUBCHRG-0007274-PUBCHRG-0007278 |
| HHS, 30 Years of Community Living | July 13, 2021 | PUBCHRG-0007279-PUBCHRG-0007330 |
| 90 FR 30621, OGC, USDA, Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PWORA); Interpretation of Federal Public Benefit | July 10, 2025 | PUBCHRG-0007331-PUBCHRG-0007334 |
| 90 FR 30896, DOE, Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act | July 11, 2025 | PUBCHRG-0007335-PUBCHRG-0007340 |

| Title | Date | Bates Range |
|---|---|---|
| 90 FR 31232, HHS, Personal Responsibility and Work Opportunity Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit | July 14, 2025 | PUBCHRG-0007341-PUBCHRG-0007348 |
| USAGov, Requirements to Join the U.S. Military | July 15, 2026 | PUBCHRG-0007349-PUBCHRG-0007352 |
| 90 FR 32023, DOJ, Revised Specification Pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 | July 16, 2025 | PUBCHRG-0007353-PUBCHRG-0007356 |
| CMS, HHS, CHIP Expenditures FY 2021 | July 19, 2022 | PUBCHRG-0007357-PUBCHRG-0007358 |
| 91 FR 45324, USCIS, DHS, Public Charge Ground of Inadmissibility | July 20, 2026 | PUBCHRG-0007359-PUBCHRG-0007512 |
| Census, DOC, Supplemental Nutrition Assistance Program 2022 | July 2024 | PUBCHRG-0007513-PUBCHRG-0007513 |
| 29 FR 10573, INS, DOJ, Amendment to Chapter I, Title 8, Part 213, Admission of Aliens on Giving Bond or Cash Deposit | July 30, 1964 | PUBCHRG-0007514-PUBCHRG-0007523 |
| Matter of Viado, 19 I. & N. Dec 252 (Comm 1985) | July 30, 1985 | PUBCHRG-0007524-PUBCHRG-0007526 |
| HR 1 Reconciliation Bill | July 4, 2025 | PUBCHRG-0007527-PUBCHRG-0007857 |
| SSA, Supplemental Security Income 2022: Survey of Income and Program Participation Snapshots | July, 2024 | PUBCHRG-0007858-PUBCHRG-0007858 |
| Matter of T-, 3 I. & N. Dec 641, 644 (BIA 1949) | June 10, 1949 | PUBCHRG-0007859-PUBCHRG-0007861 |
| BHDAP, ASPE, HHS, Assessing Medicaid Payment Rates and Costs of Caring for the Medicaid Population Residing in Nursing Homes | June 2024 | PUBCHRG-0007862-PUBCHRG-0007910 |
| 90 FR 27074, CMS, HHS, Patient Protection and Affordable Care Act - Marketplace Integrity and Affordability | June 25, 2025 | PUBCHRG-0007911-PUBCHRG-0008061 |
| US Congress, Amendment of the Immigration and Nationality Act., 116 Cong. Rec. S 9957 | June 26, 1970 | PUBCHRG-0008062-PUBCHRG-0008062 |
| USCIS, Public Charge Resources | last updated Jul. 8, 2025 | PUBCHRG-0008063-PUBCHRG-0008080 |
| 86 FR 14221, USCIS, DHS, Inadmissibility on Public Charge Grounds; Implementation of Vacatur | Mar 15, 2021 | PUBCHRG-0008081-PUBCHRG-0008089 |

| Title | Date | Bates Range |
|---|---|---|
| Matter of Allied Fid. Ins. Co., 19 I. & N. Dec 124, 125-26 (BIA 1984) | Mar. 13, 1984 | PUBCHRG-0008090-PUBCHRG-0008095 |
| Matter of Sesay, 25 I. & N. Dec 431 (BIA 2011) | Mar. 17, 2011 | PUBCHRG-0008096-PUBCHRG-0008109 |
| 64 FR 28689, INS, DOJ, Field Guidance on Deportability and Inadmissibility on Public Charge Grounds | Mar. 26, 1999 | PUBCHRG-0008110-PUBCHRG-0008114 |
| Center on Budget and Policy Priorities, WIC's Critical Benefits Reach Only Half of Those Eligible | Mar. 26, 2026 | PUBCHRG-0008115-PUBCHRG-0008151 |
| Matter of Vindman, 16 I. & N. Dec 131 (BIA 1977) | Mar. 4, 1977 | PUBCHRG-0008152-PUBCHRG-0008154 |
| Diana, Amaya, et al., "A Look at the Intersection of SNAP and Medicaid as States Implement Medicaid Work Requirements." Kaiser Family Foundation | Mar. 4, 2026 | PUBCHRG-0008155-PUBCHRG-0008169 |
| USDA, SNAP Monthly State Participation and Benefit Summary P-EBT/Other Excluded - Public Data, FY 2020 | Mar. 8, 2024 | PUBCHRG-0008170-PUBCHRG-0008170 |
| USCIS, Inadmissibility on Public Charge Grounds Final Rule: Litigation | Mar. 9, 2021 | PUBCHRG-0008171-PUBCHRG-0008174 |
| Gordon, Charles, "Aliens and Public Assistance." INS Monthly Review, vol. VI, no. 9 | March, 1949 | PUBCHRG-0008175-PUBCHRG-0008179 |
| CMS, HHS, Medicaid CHIP Financing | May 13, 2026 | PUBCHRG-0008180-PUBCHRG-0008182 |
| SSA, How Much Would You Get from SSI | May 13, 2026 | PUBCHRG-0008183-PUBCHRG-0008186 |
| Straut, Holly, Congressional Research Service, Foreign Nationals in the U.S. Armed Forces: Immigration Issues | May 13, 2026 | PUBCHRG-0008187-PUBCHRG-0008220 |
| CDC, Technical Instructions for Civil Surgeons | May 15, 2024 | PUBCHRG-0008221-PUBCHRG-0008222 |
| CDC, Technical Instructions for Panel Physicians | May 15, 2024 | PUBCHRG-0008223-PUBCHRG-0008224 |
| 64 FR 28676, INS, DOJ, Inadmissibility and Deportability on Public Charge Grounds | May 26, 1999 | PUBCHRG-0008225-PUBCHRG-0008237 |
| CMS, HHS, CHIP Expenditures FY 2023 | May 29, 2024 | PUBCHRG-0008238-PUBCHRG-0008239 |
| SSA, Annual Report of the Supplemental Security Income Program, 2024 | May 30, 2024 | PUBCHRG-0008240-PUBCHRG-0008438 |

| Title | Date | Bates Range |
|---|---|---|
| USDA, SNAP Monthly State Participation and Benefit Summary - Public Data, FY 2019 | May 7, 2021 | PUBCHRG-0008439-PUBCHRG-0008439 |
| Matter of Guzman-Gomez, 24 I. & N. Dec 824 (BIA 2009) | May 8, 2009 | PUBCHRG-0008440-PUBCHRG-0008445 |
| 89 FR 39392, CMS, HHS, Clarifying Eligibility of the Deferred Action for Childhood Arrivals (DACA) Recipients and Certain Other Noncitizens for a Qualified Health Plan through an Exchange | May 8, 2024 | PUBCHRG-0008446-PUBCHRG-0008491 |
| Matter of Perez, 15 I. & N. Dec 136 (BIA 1974) | Nov. 12, 1974 | PUBCHRG-0008492-PUBCHRG-0008494 |
| USCIS, Public Charge Interagency Letter | Nov. 16, 2021 | PUBCHRG-0008495-PUBCHRG-0008496 |
| 62 FR 61344, INS, DOJ, Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 | Nov. 17, 1997 | PUBCHRG-0008497-PUBCHRG-0008569 |
| DOE, Dear Colleagues Letter (DCL) regarding PWORA | Nov. 19, 1997 | PUBCHRG-0008570-PUBCHRG-0008577 |
| Matter of Song, 27 I. & N. Dec 488, 492 (BIA 2018) | Nov. 19, 2018 | PUBCHRG-0008578-PUBCHRG-0008583 |
| 90 FR 52168, USCIS, DHS, Economic Analysis Supplemental Information for Analysis of Public Benefits Programs Examined in the Transfer Payments and Indirect Impacts of the Regulatory Change | Nov. 19, 2025 | PUBCHRG-0008584-PUBCHRG-0008640 |
| 90 FR 52168, USCIS, DHS, Public Charge Ground of Inadmissibility | Nov. 19, 2025 | PUBCHRG-0008641-PUBCHRG-0008697 |
| 65 FR 70134, FNS, USDA, Food Stamp Program - Noncitizen Eligibility, and Certification Provisions of P.L. 104-193, as Amended by P.L. 104-208, 105-33 and 105-185 | Nov. 21, 2000 | PUBCHRG-0008698-PUBCHRG-0008776 |
| Matter of C-, 3 I. & N. Dec. 96 (BIA 1947) | Nov. 25, 1947 | PUBCHRG-0008777-PUBCHRG-0008778 |
| Center on Budget and Policy Priorities, The Supplemental Nutrition Assistance Program | Nov. 25, 2024 | PUBCHRG-0008779-PUBCHRG-0008790 |
| 83 FR 51114, USCIS, DHS, Inadmissibility on Public Charge Grounds | Oct 10, 2018 | PUBCHRG-0008791-PUBCHRG-0008973 |

| Title | Date | Bates Range |
|---|---|---|
| Form I-864, Affidavit of Support Under Section 213A of the INA and Instructions | Oct. 17, 2024 | PUBCHRG-0008974-PUBCHRG-0009003 |
| Form I-864EZ, Affidavit of Support Under Section 213A of the INA and Instructions | Oct. 17, 2024 | PUBCHRG-0009004-PUBCHRG-0009021 |
| 84 FR 52357, USCIS, DHS, Inadmissibility on Public Charge Grounds; Correction | Oct. 2, 2019 | PUBCHRG-0009022-PUBCHRG-0009028 |
| Matter of Bett, 26 I. & N. Dec. 437 (BIA 2014) | Oct. 30, 2014 | PUBCHRG-0009029-PUBCHRG-0009036 |
| 61 FR 56133, SSA, Evidence of Lawful Admission for Permanent Residence in the United States | Oct. 31, 1996 | PUBCHRG-0009037-PUBCHRG-0009038 |
| 90 FR 10581, Executive Order 14218, Ending Taxpayer Subsidization of Open Borders, pub. Feb. 25, 2025 | Ordered Feb. 19, 2025 | PUBCHRG-0009039-PUBCHRG-0009040 |
| 90 FR 11363, Executive Order 14224, Designating English as the Official Language of the United States, pub. Mar. 6, 2025 | Ordered Mar. 1, 2025 | PUBCHRG-0009041-PUBCHRG-0009042 |
| CMS, HHS, CHIP Expenditures FY 2019 | Sept. 15, 2020 | PUBCHRG-0009043-PUBCHRG-0009043 |
| BFS, DOT, List of Certified Companies | Sept. 17, 2026 | PUBCHRG-0009044-PUBCHRG-0009117 |
| USCIS, Clarifying the 2022 Public Charge Final Rule | Sept. 2022 | PUBCHRG-0009118-PUBCHRG-0009118 |
| USCIS, Fact Sheet - How Receiving Public Benefits Might Impact the Public Charge Ground of Inadmissibility | Sept. 2022 | PUBCHRG-0009119-PUBCHRG-0009121 |
| CMS, HHS, CHIP Expenditures FY 2020 | Sept. 21, 2021 | PUBCHRG-0009122-PUBCHRG-0009122 |
| Matter of Quijencio, 15 I. & N. Dec 95, (BIA 1974) | Sept. 26, 1974 | PUBCHRG-0009123-PUBCHRG-0009126 |
| Form, I-356N, Request for Cancellation of Public Charge Bond | Sept. 27, 1975 | PUBCHRG-0009127-PUBCHRG-0009128 |
| Matter of Huang, 19 I. & N. Dec 749, (BIA 1988) | Sept. 28, 1988 | PUBCHRG-0009129-PUBCHRG-0009139 |
| 65 FR 53523, FNS, USDA, Special Supplemental Nutrition Program for Women, Infants and Children (WIC) - Implementation of WIC Mandates of P.L. 104-193, PWORA | Sept. 5, 2000 | PUBCHRG-0009140-PUBCHRG-0009145 |
| 31 FR 11713, INS, DOJ, Amendment to Chapter I, Title 8 - Aliens and Nationality, Part 103.6, Surety Bonds | Sept. 7, 1966 | PUBCHRG-0009146-PUBCHRG-0009153 |

| **Title** | **Date** | **Bates Range** |
|---|---|---|
| 87 FR 55472, USCIS, DHS, Public Charge Ground of Inadmissibility | Sept. 9, 2022 | PUBCHRG-0009154-PUBCHRG-0009321 |
| CBP, Form I-192: Application for Advance Permission to Enter as Nonimmigrant | last updated Dec. 3, 2025 | PUBCHRG-0009322-PUBCHRG-0009326 |
| USCIS, Origins of the Federal Immigration Service | last updated Jan. 24, 2025 | PUBCHRG-0009327-PUBCHRG-0009328 |