UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

No. 1:26-cv-7978

CITY OF NEW YORK, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*,

*Defendants*.

No. 1:26-cv-7982

MAKE THE ROAD NEW YORK, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*,

*Defendants*.

No. 1:26-cv-8129

**CERTIFICATION**

I, Lisette Kvortek, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am aware that this declaration will be filed in the above-captioned civil action with the U.S. District Court for the Southern District of New York.
2. I am the Acting Deputy Chief for the Office of Policy and Strategy (OP&S) at U.S. Citizenship and Immigration Services ("USCIS"), which is a component of the U.S. Department of Homeland Security. I have held this position since May 2026. I previously served as the Acting Deputy Associate Director of Field Office Directorate (FOD) from June 2025 to May 2026 and the Chief of Staff for the Headquarters FOD from September 2021 to June 2025. Since 2002, I have served in a variety of roles at USCIS, including as the Senior Advisor to FOD's Associate Director and Deputy Associate Director and Special Assistant to the USCIS Director.
3. OP&S leads the development, coordination, and governance of immigration policy and the regulatory development process for USCIS to ensure compliance with leadership's policy goals.
4. The statements contained in this certification are based upon my personal knowledge, belief, and upon information provided to me in my official capacity.
5. I certify that, to the best of my knowledge, information, and belief on the date of this certification, these documents annexed hereto constitute the nonprivileged documents and materials directly or indirectly considered by USCIS and that these documents constitute the true and correct administrative record related to the decision-making process that the agency considered in issuing the final rule, "Public Charge Ground of Inadmissibility," 91 Fed. Reg. 45,324 (Jul. 20, 2026).

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of October 2026, in Camp Springs, MD.

LISETTE KVORTEK
Digitally signed by LISETTE KVORTEK
Date: 2026.10.22 13:15:41 -04'00'

Lisette Kvortek
Acting Deputy Chief
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security