**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, and MARTIN LUTHER KING JR. COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*,<br><br>Defendants. | ) | Case No. 1-26-cv-07982<br><br>AFFIDAVIT OF NAOMI TSU IN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Naomi Tsu, affirm that:

1. I have never been convicted of a felony;
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;
3. There are no disciplinary proceedings presently against me;
4. I am a member in good standing of the bars of Oregon, California, and Georgia, and I have attached a Certificate of Good Standing from such courts.

Dated: Hood River, Oregon
October 13, 2026

Respectfully submitted,

Naomi Tsu
Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
naomi.tsu@publicrightsproject.org
(510) 738-6788

*Counsel for Plaintiffs City of Chicago and City of Seattle*

STATE OF OREGON )
) ss
County of Hood River )

This instrument was acknowledged before me on the 13 day of October, 20 26 by the following persons: Naomi Tsu.

WITNESS my hand and official seal

Notary Public for Oregon
My commission expires: 6/13/2028

OFFICIAL STAMP
BRAD RYHLICK
NOTARY PUBLIC - OREGON
COMMISSION NO. 1049230
MY COMMISSION EXPIRES JUNE 13, 2028