# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF CALIFORNIA

***NAOMI RUTH TSU***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Naomi Ruth Tsu #248599, was on the 26th day of February 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 28th day of October 2026.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: M. Hallisy
*Michael Hallisy, Deputy Clerk*