AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| CITY OF NEW YORK, et al.<br>*Plaintiff*<br>v.<br>U.S. DEP'T OF HOMELAND SECURITY, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1-26-cv-07982 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs City of Chicago and City of Seattle .

Date: 11/06/2026

/s/ Naomi Tsu
*Attorney's signature*

Naomi Tsu (Oregon Bar No. 242511)
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
*Address*

naomi.tsu@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*

Print Save As... Reset