AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| CITY OF NEW YORK et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-7982 |
| U.S. DEPARTMENT OF HOMELAND SECURITY et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 11/16/2026

/s/ Saiena Shafiezadeh
*Attorney's signature*

Saiena Shafiezadeh (Bar No. 5552930)
*Printed name and bar number*

100 Church Street
New York, NY 10007

*Address*

sashafie@law.nyc.gov
*E-mail address*

(212) 356-0401
*Telephone number*

*FAX number*

Print Save As... Reset