AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CITY OF NEW YORK, et al.
*Plaintiff*
v.
U.S. DEP'T OF HOMELAND SECURITY, et al.
*Defendant*

Case No. 1:26-cv-07982

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff County of Los Angeles, California .

Date: 11/17/2026

/s/ Jennifer B. Sokoler
*Attorney's signature*

Jennifer B. Sokoler (New York Bar No. 5158209)
*Printed name and bar number*

1301 Avenue of the Americas
Suite 1700
New York, NY 10019
*Address*

jsokoler@omm.com
*E-mail address*

(212) 326-2000
*Telephone number*

(212) 326-2061
*FAX number*