**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants. | Case No. 1:26-cv-07982<br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ABIGAIL J. FORMELLA** |

Pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Abigail J. Formella, hereby move this Court for an Order for admission to practice *pro hac vice* as counsel for Plaintiff, County of Los Angeles, California, in the above-captioned action.

I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the required affidavit pursuant to Local Rule 1.3.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Abigail J. Formella*

Abigail J. Formella
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: +1 213 430 6000
aformella@omm.com

Attorney for County of Los Angeles, California