**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, *et al.*,
Plaintiffs,
v.
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,
Defendants.

Case No. 1:26-cv-07982

**DECLARATION OF ABIGAIL J. FORMELLA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Abigail J. Formella, hereby state and declare as follows:

1. I am Counsel at O'Melveny & Myers LLP. I submit this declaration in support of my motion for admission *pro hac vice.* I have personal knowledge of the facts set forth in this declaration, and, if called, I could and would testify to these facts under oath.
2. I am a member in good standing of the bar of the State of California. Attached as Exhibit A is a Certificate of Good Standing issued by the State of California Clerk of the Supreme Court.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
5. There are no disciplinary proceedings against me in any state or federal court.
6. My office address is 400 South Hope Street, 19th Floor, Los Angeles, CA 90071. I can be reached by telephone at (213) 430-6000 and by email at aformella@omm.com.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 17, 2026

*<u>/s/ Abigail J. Formella</u>*
Abigail J. Formella
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: +1 213 430 6000
aformella@omm.com

Attorney for County of Los Angeles, California

# EXHIBIT A

Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

***ABIGAIL J. FORMELLA***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ABIGAIL J. FORMELLA, #324543 was on the 19th day of December 2018 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of November 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: ______________________
*Xuefen Zheng, Deputy Clerk*