# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants. | Case No. 1:26-cv-07982<br>**ORDER FOR ADMISSION *PRO HAC VICE* OF ABIGAIL J. FORMELLA** |

The motion of Abigail J. Formella for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar in the State of California, and that her contact information is as follows:

Abigail J. Formella
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
(213) 430-6000
aformella@omm.com

Applicant having requested permission *pro hac vice* to appear for all purposes as counsel for Plaintiff County of Los Angeles, California in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ____________________

_________________________________
United States District/Magistrate Judge