**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING JR. COUNTY, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, and COUNTY OF SAN DIEGO,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,<br>Defendants. | CIVIL ACTION NO. 1:26-cv-07982-RA<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Michael Joseph Dundas, hereby move this Court for an order for admission to practice *pro hac vice*, to appear as counsel for Plaintiff City of Los Angeles in the above-captioned action.

I am in good standing with the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted

//

//

//

of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 11/17/26

Respectfully Submitted

/s/ Michael Joseph Dundas

Michael Joseph Dundas
Chief Assistant City Attorney
Office of the Los Angeles City Attorney
200 No. Main Street, 8th Fl.
Los Angeles, California 90012
Tel.: (213) 978-8100
mike.dundas@lacity.org