**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING JR. COUNTY, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, and COUNTY OF SAN DIEGO,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982-RA

**AFFIDAVIT OF**
**MICHAEL JOSEPH DUNDAS**
**IN SUPPORT OF**
**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, MICHAEL JOSEPH DUNDAS, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice pro hac vice to appear as counsel for Plaintiff City of Los Angeles in the above-captioned action.

3. As shown in the certificate of good standing attached to this filing, I am a member in good standing of the bar of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. I am not currently subject to any disciplinary proceedings against me.

Dated: 11/17/26

/s/ Michael Joseph Dundas

Michael Joseph Dundas
Chief Assistant City Attorney
Office of the Los Angeles City Attorney
200 No. Main Street, 8th Fl.
Los Angeles, California 90012
Tel.: (213) 978-8100
mike.dundas@lacity.org