**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, CITY OF SEATTLE, MARTIN LUTHER KING JR. COUNTY, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, and COUNTY OF SAN DIEGO,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services,

Defendants.

CIVIL ACTION NO. 1:26-cv-07982-RA

***[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE***

The motion of Michael Joseph Dundas for admission to practice pro hac vice in the above-captioned action is hereby granted.

Mr. Dundas has certified that he is a member in good standing of the bar of California, and that his contact information is as follows:

Michael J. Dundas
Chief Assistant City Attorney
Office of the Los Angeles City Attorney
200 No. Main Street, 8th Fl.
Los Angeles, California 90012
Tel.: (213) 978-8100
mike.dundas@lacity.org

Applicant having requested admission pro hac vice for all purposes as counsel for Plaintiff City of Los Angeles in the above-captioned action,

**IT IS HEREBY ORDERED** that Mr. Dundas is admitted to practice pro hac vice in this case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated: ______________________

___________________________________
United States District/Magistrate Judge